# In the United States Court of Federal Claims

**No. 08-580C**
**(Filed: August 15, 2008)**

* * * * * * * * * * * * * * * * *
*
**TAYLOR CONSULTANTS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of the Court is directed to **TRANSFER** the above-captioned case to Judge Susan G. Braden. Judge Braden has agreed to take the case.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge