IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TAYLOR CONSULTANTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-580C |
| | ) (Judge Firestone) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Patryk J. Drescher, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Patryk J. Drescher
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12106
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Patryk J. Drescher
PATRYK J. DRESCHER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0464
Facsimile: (202) 307-0972
E-mail: Patryk.Drescher@usdoj.gov

Dated: September 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 16 day of September, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patryk J. Drescher